HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
MICHAEL LADD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:14-cr-295 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | |
| ) | DATE: December 4, 2014 |
| MICHAEL LADD, ) | TIME: 9:00 a.m. |
| ) | JUDGE: Hon. Morrison C. England, Jr. |
| Defendants. ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, OLUSERE OLOWOYEYE, Assistant United States Attorney, attorney for Plaintiff, and DOUGLAS BEEVERS, attorney for defendant MICHAEL LADD, that the status conference hearing date of November 20, 2014 be vacated, and the matter be set for status conference on December 4, 2014 at 9:00 a.m.

The reason for this continuance is that defense counsel requires further time to confer with Mr. Ladd about recently obtained discovery, and to conduct further investigation.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including December 4, 2014 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

| | |
|---|---|
| Dated: November 18, 2014 | Respectfully submitted,<br><br>HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Douglas Beevers*<br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>CHRISTIAN RUBIO |
| Dated: November 18, 2014 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>*/s/ Douglas Beevers for*<br>OLUSERE OLOWOYEYE<br>Assistant United States Attorney<br>Attorney for Plaintiff |

# **O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the November 20, 2014 status conference hearing be continued to December 4, 2014, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

///

///

///

///

///

///

///

Stipulation and Order                                -2-

1  It is ordered that time up to and including the December 4, 2014 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

**IT IS SO ORDERED.**

DATED:  November 20, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Order                -3-