HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
douglas_beevers@fd.org

Attorney for Defendant
MICHAEL LADD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:14-CR-00295 MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME |
| vs. | |
| MICHAEL LADD, | Date: April 2, 2015 Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Olusere Olowoyeye, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorney for Michael Ladd, that the status conference scheduled for January 29, 2015 be vacated and be continued to April 2, 2015 at 9:00 a.m.

The grounds for continuance are that the parties are working to obtain a videotape of the firearm in question performing a test-firing.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including April 2, 2015;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: January 27, 2015

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for Michael Ladd

DATED: January 27, 2015

BENJAMIN B. WAGNER
United States Attorney

*/s/ by Douglas J. Beevers with consent*
OLUSERE OLOWOYEYE
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including April 2, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4).  The January 29, 2015 status conference shall be continued until April 2, 2015, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  January 28, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

*Stipulation and Order to Continue Status Conference*