HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
douglas_beevers@fd.org

Attorney for Defendant
MICHAEL LADD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  2:14-CR-00295 MCE |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME |
| vs. ) | |
| MICHAEL LADD, ) | Date: June 25, 2015 Time: 9:00 a.m. Judge: Hon. Morrison C. England, Jr. |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Amanda Beck, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorney for Michael Ladd, that the status conference scheduled for June 25, 2015 be vacated and be continued to July 16, 2015 at 9:00 a.m.

The grounds for continuance are that Defense counsel needs additional time to investigate the facts of the case. Furthermore, Defense counsel will be on leave on June 25, 2015 as well as July 9, 2015 and the newly assigned Assistant United States Attorney is unavailable on July 2, 2015.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of this order's date through and including July 16, 2015;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

1
2  DATED: June 11, 2015                    Respectfully submitted,

3                                          HEATHER E. WILLIAMS
                                           Federal Defender
4
                                           */s/ Douglas J. Beevers*
5                                          DOUGLAS J. BEEVERS
                                           Assistant Federal Defender
6                                          Attorney for Michael Ladd

7  DATED: June 11, 2015                    BENJAMIN B. WAGNER
8                                          United States Attorney

9                                          */s/ by Douglas J. Beevers with consent*
                                           AMANDA BECK
10                                         Assistant U.S. Attorney
                                           Attorney for Plaintiff
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including July 16, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the June 25, 2015 status conference shall be continued until July 16, 2015, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  June 16, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT