UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 26, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:14-cr-00295-MCE |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| MICHAEL LADD, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>MICHAEL LADD</u>, Case No. <u>2:14-cr-00295-MCE</u>, Charge <u>18 USC § 3606</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_ Release on Personal Recognizance

    \_\_ Bail Posted in the Sum of $\_\_

        \_\_ Unsecured Appearance Bond

        \_\_ Appearance Bond with 10% Deposit

        \_\_ Appearance Bond with Surety

        \_\_ Corporate Surety Bail Bond

    ✔ (Other) <u>All previously imposed conditions of supervised release remain in full force and effect.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>December 26, 2017</u> at <u>2:30</u> <u>pm</u>.

By /s/ Deborah Barnes
Deborah Barnes
United States Magistrate Judge