# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

# M E M O R A N D U M

| | |
|---|---|
| Honorable Morrison C. England, Jr.<br>United States District Judge<br>Sacramento, California | **RE: Michael Ladd**<br>**Docket Number: 0972 2:14CR00295**<br><u>**Violation Petition Dismissal**</u> |

Your Honor:

The above-named offender is scheduled to appear before Your Honor on May 17, 2018, for a status conference, as a result of a Prob 12C Violation Petition filed with the Court on December 5, 2017. The violation petition is based on misdemeanor domestic violence conduct in which the offender was arrested by Vallejo Police officers on November 17, 2017. Additionally, at the time of his arrest he was under the influence of alcohol. Local charges were never filed. The offender admitted to consuming alcohol on the day of his arrest. As a result, he agreed to a modification of his conditions to include random alcohol testing on Soberlink for up to 150 days. The Court approved this request on January 3, 2018. The sobrietor was installed in the offender's residence on January 11, 2018.

Since then, Mr. Ladd has only missed two tests, which were both due to oversleeping as verified by the monitoring agency. He immediately made up those tests when he awoke. Additionally, Mr. Ladd has obtained a restricted driver's license and has an ignition interlock device installed in his vehicle. He continues to work full time for the laborer's union and both he and his girlfriend are enrolled and attending counseling. They are doing well. Based on this information, the undersigned is recommending the violation petition dated December 5, 2017, be dismissed, and taken off the Court's previously scheduled calendar for May 17, 2018. Both Defense and Government counsel have been advised of this recommendation and agree.

**RE: Michael Ladd
Docket Number: 0972 2:14CR00295
Violation Petition Dismissal**

Respectfully submitted,

*Rebecca A. Fidelman*

Rebecca A. Fidelman
Senior United States Probation Officer

Dated: May 11, 2018
Sacramento, California

|  |  |
|---|---|
| **REVIEWED BY:** | /s/ Toni M. Ortiz<br>**Toni M. Ortiz**<br>**Supervising United States Probation Officer** |

## ORDER OF THE COURT

☒ Approved  ☐ Disapproved

Dated: May 15, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

cc: Robert Artuz (Robert.artuz@usdoj.gov)
Assistant United States Attorney

Timothy Zindel (Timothy_Zindel@fd.org)
Defense Counsel